AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF     NEVADA

KATHY SHANNON,

      Plaintiff,          JUDGMENT IN A CIVIL CASE
V.

                      CASE NUMBER: 3:11-cv-00908-RCJ-WGC

RECONTRUST COMPANY,

      Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that defendant, Recontrust's, Motion to Dismiss [20] is GRANTED in its entirety without leave to amend.

| May 14, 2012 | **LANCE S. WILSON** |
|---|---|
| Date | Clerk |

                      /s/   M. Campbell
                      Deputy Clerk