AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF __NEVADA_____

KATHY SHANNON,

            Plaintiff,           **JUDGMENT IN A CIVIL CASE**

  V.

                        CASE NUMBER: 3:11-cv-00908-RCJ-WGC

RECONTRUST COMPANY,

            Defendants.

__    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that defendant, Recontrust's, Motion to Dismiss [20] is GRANTED in its entirety without leave to amend.

_May 14, 2012_____
     Date

                        **LANCE S. WILSON**_
                            Clerk

                  /s/  M. Campbell_____
                       Deputy Clerk